**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** UTAH
SALT LAKE CITY **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Renewable Energy Development Corp | § | Case No. 11-38145 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/30/2011. The undersigned trustee was appointed on 08/07/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 3,396,870.92

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 121,220.42 |
| Bank service fees | | 3,693.95 |
| Other payments to creditors | | 3,212,410.22 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 59,546.33 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/19/2012 and the deadline for filing governmental claims was 04/19/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $125,156.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $27,640.00, for a total compensation of $27,640.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $258.86, for total expenses of $258.86[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/30/2020 By: /s/Elizabeth Rose Loveridge, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-38145 WTT | Trustee Name: | Elizabeth Rose Loveridge, Trustee |
| Judge: | William T. Thurman | | |
| Case Name: | Renewable Energy Development Corp | Date Filed (f) or Converted (c): | 12/30/2011 (f) |
| | | 341(a) Meeting Date: | 09/20/2012 |
| For Period Ending: | 01/30/2020 | Claims Bar Date: | 04/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. Real property | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. Real property | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. Cash & checking accounts | 2,482.19 | 0.00 | | 0.00 | FA |
| 9. Security deposits | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Books, art & music (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Partnership & Joint Ventures (u) | 250,000.00 | 0.00 | | 0.00 | FA |
| 12. Partnership & Joint Ventures | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. Partnership & Joint Ventures | 340,000.00 | 0.00 | | 0.00 | FA |
| 14. Partnership & Joint Ventures | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. Partnership & Joint Ventures | 0.00 | 0.00 | | 0.00 | FA |
| 16. Partnership & Joint Ventures | 50,000.00 | 0.00 | | 0.00 | FA |
| 17. Partnership & Joint Ventures | 0.00 | 0.00 | | 0.00 | FA |
| 18. Contingent/unliquidated Claims | 100,000.00 | 0.00 | | 0.00 | FA |
| 19. Office furniture & equipment | 10,315.00 | 0.00 | | 0.00 | FA |
| 20. Other personal property | 0.00 | 0.00 | | 0.00 | FA |
| 21. Other personal property | 0.00 | 0.00 | | 0.00 | FA |
| 22. Promissory Note (u) | 0.00 | 179,000.00 | | 15,000.00 | FA |
| 23. Funds turned over from Prior Trustee (u) | 0.00 | 3,252,410.22 | | 3,358,870.92 | FA |
| 24. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 11-38145 WTT | Judge: William T. Thurman | | Trustee Name: | Elizabeth Rose Loveridge, Trustee |
| Case Name: | Renewable Energy Development Corp | | | Date Filed (f) or Converted (c): | 12/30/2011 (f) |
| | | | | 341(a) Meeting Date: | 09/20/2012 |
| For Period Ending: | 01/30/2020 | | | Claims Bar Date: | 04/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Other Litigation/Settlement (u) | 0.00 | 18,000.00 | | 18,000.00 | FA |
| 26. Partnership & Joint Ventures (u) | 0.00 | 25,000.00 | | 5,000.00 | FA |
| 27. Void (u) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $792,297.19 | $3,474,410.22 | | $3,396,870.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Note 1: Assets # 1, 2, 3, entered in error and voided

Case Notes 1/12 - 12/12: This case was originally assigned to George Hoffman. It was filed on 12/30/11. George sold some leases from Wind Energy and Renewable Energy, liquidated funds in the Zions Bank account, and filed 2 lawsuits. He resigned when he was sued as a party in one of the lawsuits. I was appointed Trustee on 8/7/2012; Order Granting Trustee's Motion to Employ Woodbury & Kesler signed 8/27/2012; Meeting of Creditors Held on 9/20/2012; Order granting Fee Application for Fabian and Clendenin as attys to G. Hoffman entered 9/10/12; Order granting Fee Application for Rocky Mountain Advisors as accountants to G. Hoffman entered 9/19/12. Fee Application for Parsons Kinghorn order entered on 12/4/12. Adversary proceeding 12-02253 default judgment entered 1/9/13. Adversary proceeding 12-02225 a motion to withdraw the reference was filed and heard before the Utah Federal District Court Case No. 2:12 CV 771 (the "Hall Suit"). This motion is under advisement. Trustee needs to collect the default judgment and then try and litigate/settlement the Hall Suit.

Closure Notes: Complete pending litigation. Collect/abandon default judgment.

Case Notes 01/13 - 12/13: asset # 22 - Rec'd default Judgment Against Ryan Davies in the amount of $179,000, continue collection; asset # 25 - defendants filed a motion to withdraw the reference to the federal district court case # D.C. No. 2:12-CV-00771-RJS. Court denied the motion to withdraw the reference and defendants have appealed this order to the 10th circuit. The appeal is pending.

Closure Notes: resolve 12-02225 adversary proceeding; collection $179,000 per default judgement;

Case Notes 1/14-12/14: Asset #22: Mtn to approve settlement in adversary # 12-02253 (Loveridge vs. Davies) filed 06/25/14, granted by order 07/22/14;Trustee to be paid $15,000 in two equal payments;

Asset # 25: Mtn to approve settlement adv #12-02225 (Hofmann et al v. Hall et al) filed 11/03/14; Mtn to shorten time filed 11/03/14, Order to shorten time granted11/04/14; Order Granting Mtn to approve settlement adv #12-2225 (Hofmann et al v. Hall et al) signed 11/18/14;

Closure Notes: Collect on order approving settlement agreement of adv #12-02225 (Hofmann et al v. Hall et al); filed estate tax returns, review pocs, file TFR.

Case Notes 01/15-12/15: Stipulated Motion to Dismiss Adversary Proceedings Filed by Elizabeth Loveridge 01/28/15; Liquidated payment from settlement of adversary proceeding Motion to sell property free and clear of liens under section 363(f) 07/23/15, Order Granting Motion to Sell Estate's Interest in Corporate Shell Free and Clear of Liens Under Section 363(f) 08/20/15. Purchaser has defaulted on purchase price for the corporate shell.

Closure Notes: Collect the remaining funds from the sale of corporate shell from Five Star Beverages or abandon the same. Legal analysis of POCS; File Estate tax returns. TFR.

Conf. w/RWL re: status of collection or turnover of documents from the buyer 9of the corporate shell. ERL 03/03/16
Conf. w/RWL re: fining another buyer for the corporate shell. Called business broker re: marketing corporate shell. ERL 06/24/16

T/c to B. Headman re: potential purchaser of corporate shell. ERL 09/29/16

Conf. w/RWL re: abandoning interest in corporate shell. ERL 12/30/16

Conf. w/RWL re: corporate shell. He is calling purchaser and trying to get money or provide documents. ERL 01/26/17

Case Notes 01/01/16 to 12/31/16: Asset #26--Trustee's Report of Sale 1/25/2016; Trustee has not received the additional $20,000.00 per the contract because the buyer wanted additional corporate documents which the Trustee does not have. Trustee had to tried to market and sell the corporate shell to other buyers. No offers made. Trustee needs to abandon Asset #26 and file TFR.

Closure Notes: Collect the remaining funds from the sale of corporate shell from Five Star Beverages or abandon the same. Legal analysis of POCS; File final Estate tax returns. TFR.

Reviewed file. Trying to collect funds from agreement to sell corporate shell. ERL 3/21/17

Called re: payment on corporate shell funds. Left message. ERL 5/30/17

Conf. w/Rwl re: abandonment corporate shell funds. ERL 7/28/17

Reviewed file. Will abandon corporate shell funds. ERL 11/12/17

Case Notes 01/01/17 to 12/31/17: Will abandon the funds from the agreement to purchase corporate shell. Preparing estate tax returns. Reviewed poc's.

Case Notes 01/01/18 to 12/31/18: Prepared and filed estate tax returns. Mailed check to USTC representing estate taxes owed for 2011 through 2017 10/09/18; Waiting to have returns accepted by IRS and USTC.

Closure Notes: Waiting to have estate tax returns accepted by IRS and USTC. TFR.

Case Notes 01/01/19 to 12/31/19: Second Application for Compensation for Gil A. Miller filed 8/21/2019; Application for Compensation for Elizabeth Loveridge filed 8/22/2019; Objections to Claims 13, 17, 24, 27 and 29 and Notice and Opportunity for Hearings for Each filed 10/22/2019;

Closure Notes: Draft Orders for Objections; TFR

Case Notes 01/01/20 to 12/31/20: submitted TFR to UST 01/09/20

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Wind Energy Leases<br>(See Attached) |
| RE PROP # | 5 | -- | Renewable Energy Leases<br>(See Attached) |
| RE PROP # | 8 | -- | Zions Bank (003171923) 310 South Main, Salt Lake |
| RE PROP # | 9 | -- | Parkway office Condos, LLC |
| RE PROP # | 10 | -- | Pictures of Company project areas + frames |
| RE PROP # | 11 | -- | Ownership Interest in U of U Solar 1, LLC<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 12 | -- | Ownership Interest in Blue Mountain Wind, LLC<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 13 | -- | Ownership Interest in OUS Solar 1, LLC<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 14 | -- | Ownership Interest in OUS Solar 2<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 15 | -- | Ownership Interest in OUS Solar 3<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 16 | -- | Ownership Interest in OUS Solar 4, LLC<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 17 | -- | Ownership Interest in REDCO-CIN Solar 1, LLC<br>922 W. Baxter Drive Ste 200, South Jordan, UT 84095 |
| RE PROP # | 18 | -- | Idaho Power, PO Box 70, Boise, 10 83707 Interconn |
| RE PROP # | 19 | -- | Office desks (12 total - $600) Office chairs (44 total - $1200) File cabinets (26 total - $800) Bookshelves (5 total - $50) Tables (4 total - $1000) Refrigerators (1 large, 1 mini - $300) While Boards (9 total - $200) Coffee Maker (1 total - $25) Trash cans (13 total - $5) Shredder (1 total - $10) Computer monitors (9 total - $1100) Computers (10 total - $5000) Misc. office supplies (staplers, paper, scissors, pens, etc. - $25) 922 W. Baxter Drive Suite 200, South Jordan UT 84095 |
| RE PROP # | 20 | -- | Option Agreement to Lease Rooftop for Solar Faci |
| RE PROP # | 21 | -- | Power Purchase Agreement Proposed Terms between |
| RE PROP # | 22 | -- | Promissory Note Adv Proc. Loveridge vs. Davies, Case # 12-02253 Default Judgment |
| RE PROP # | 23 | -- | Sale funds asset # 4, 5, 8, 10, 11, 12, 13, 14, 16, 17, 18, 19 |
| RE PROP # | 25 | -- | Hofmann et al v. Hall et al adv # 12-02225<br>(adv proc filed by former Trustee for violation of 362 & declaratory judgment, damages unspecified in complaint) |
| RE PROP # | 26 | -- | estate's interest in corporate shell of Renewable Energy Development Corp |

Initial Projected Date of Final Report (TFR): 09/20/2015 Current Projected Date of Final Report (TFR): 01/09/2020

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-38145
Case Name: Renewable Energy Development Corp
Taxpayer ID No: XX-XXX5482
For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX3871
Checking - Non Interest
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/12 | | THE BANK OF NEW YORK MELLON 500 Ross Street Suite 154-0510Pittsburgh, PA 152562Renewable Energy Estate George Hoffman Trustee | funds from former trustee | | | $146,460.70 | | $146,460.70 |
| | | | Gross Receipts | $3,358,870.92 | | | | |
| | | AEG Secured Claim | | ($1,058,767.12) | 4220-000 | | | |
| | | Liability to Okland Construction | | ($2,101,600.00) | 4220-000 | | | |
| | | Liability to McCalmont Engineering | | ($52,043.10) | 4220-000 | | | |
| | 23 | | Funds turned over from Prior Trustee | $3,358,870.92 | 1290-000 | | | |
| 09/24/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | $33.10 | $146,427.60 |
| 09/25/12 | 100001 | MILLER, GIL A. Rocky Mountain Advisory, LLCA Professional Corporation215 South State Street, Ste 550Salt Lake City, UT 84111-2323 | fees from Order approving 1st Interim application for accountant for former trustee signed 09/18/12 fees from Order approving 1st Interim application for accountant for former trustee signed 09/18/12 | | 3410-000 | | $9,003.00 | $137,424.60 |
| 09/25/12 | 100002 | MILLER, GIL A. Rocky Mountain Advisory, LLCA Professional Corporation215 South State Street, Ste 550Salt Lake City, UT 84111-2323 | expenses from Order approving 1st interim application for accountant for former trustee signed 09/18/12 expenses from Order approving 1st interim application for accountant for former trustee signed 09/18/12 | | 3420-000 | | $64.91 | $137,359.69 |

Page Subtotals: $146,460.70 $9,101.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145
Case Name: Renewable Energy Development Corp
Taxpayer ID No: XX-XXX5482
For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX3871
Checking - Non Interest
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/27/12 | 100003 | FABIAN & CLENDENIN 215 South State Street Ste 1200Salt Lake City, UT 84111 | Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12 Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12 | 3210-000 | | $64,217.50 | $73,142.19 |
| 09/27/12 | 100004 | FABIAN & CLENDENIN 215 South State Street Ste 1200Salt Lake City, UT 84111 | Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12 Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12 | 3220-000 | | $1,127.92 | $72,014.27 |
| 10/16/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $90.28 | $71,923.99 |
| 11/06/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $45.84 | $71,878.15 |
| 12/06/12 | 100005 | PARSONS KINGHORN HARRIS, P.C. 111 East Broadway, 11th FloorSalt Lake City, UT 84111 | Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12 Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12 | 3210-000 | | $39,829.50 | $32,048.65 |

Page Subtotals: $0.00 $105,311.04

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145

Case Name: Renewable Energy Development Corp

Taxpayer ID No: XX-XXX5482

For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX3871

Checking - Non Interest

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/12 | 100006 | PARSONS KINGHORN HARRIS, P.C. 111 East Broadway, 11th FloorSalt Lake City, UT 84111 | Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12 Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12 | 3220-000 | | $6,080.92 | $25,967.73 |
| 12/07/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $44.31 | $25,923.42 |
| 01/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.90 | $25,896.52 |
| 02/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.50 | $25,869.02 |
| 03/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $24.81 | $25,844.21 |
| 04/05/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.44 | $25,816.77 |
| 05/02/13 | 100007 | SKYVIEW TITLE INSURANCE AGENCY P.O. Box 711130Salt Lake City, UT 84171-1130 | recording fee recording fee | 2990-000 | | $21.00 | $25,795.77 |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.53 | $25,769.24 |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.37 | $25,741.87 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.45 | $25,715.42 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.31 | $25,688.11 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.28 | $25,660.83 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.37 | $25,634.46 |

Page Subtotals: $0.00 $6,414.19

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145

Case Name: Renewable Energy Development Corp

Taxpayer ID No: XX-XXX5482

For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX3871

Checking - Non Interest

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.22 | $25,607.24 |
| 12/05/13 | 100008 | UNITED STATES BANKRUPTCY COURT 350 South Main # 301Salt Lake City, UT 84101 | fee for certified copy of abstract judgment fee for certified copy of abstract judgment | 2700-000 | | $11.00 | $25,596.24 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.31 | $25,569.93 |
| 12/31/13 | 100009 | SSP OF UTAH Richard B. Allred7417 S. 410 E.Midvale, UT 84047 | payment for service of supp. order payment for service of supp. order | 2990-000 | | $46.50 | $25,523.43 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.15 | $25,496.28 |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.10 | $25,469.18 |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $24.43 | $25,444.75 |
| 04/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $27.02 | $25,417.73 |
| 05/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.12 | $25,391.61 |
| 06/06/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.96 | $25,364.65 |
| 07/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $26.06 | $25,338.59 |
| 07/14/14 | 22 | DAVIES, RYAN 1594 laCosta CourtDraper, UT 84020 | settlement of adversary #12-02253 (Loveridge vs Davies) | 1249-000 | $7,500.00 | | $32,838.59 |
| 07/15/14 | 100010 | SALT LAKE LEGAL, LLC 40 East 100 South Ste 100Salt Lake City, UT 84111 | invoice # 128475 & 128358 (litigation spiral copies) invoice # 128475 & 128358 (litigation spiral copies) | 2990-000 | | $118.17 | $32,720.42 |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $31.21 | $32,689.21 |
| 08/11/14 | 22 | DAVIES, RYAN 1594 La Costa CourtDraper UT 8020 | settlement of adversary #12-02253 (Loveridge vs Davies) | 1249-000 | $7,500.00 | | $40,189.21 |

Page Subtotals: $15,000.00 $445.25

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145
Case Name: Renewable Energy Development Corp

Taxpayer ID No: XX-XXX5482
For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX3871
Checking - Non Interest
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $39.85 | $40,149.36 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $41.26 | $40,108.10 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $42.59 | $40,065.51 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $41.17 | $40,024.34 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $42.50 | $39,981.84 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $42.46 | $39,939.38 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $38.31 | $39,901.07 |
| 04/02/15 | 25 | WOOD BALMFORTH LLC Trust Account60 E. South Temple, # 500Salt Lake City, UT 84111 | settlement of adversary proceeding # 12-02225 (Loveridge vs. Summit Wind Power) | 1249-000 | $18,000.00 | | $57,901.07 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $42.37 | $57,858.70 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $56.37 | $57,802.33 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $61.38 | $57,740.95 |
| 07/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $59.33 | $57,681.62 |
| 07/22/15 | 26 | FIVE STAR BEVERAGES, INC. XTC, Inc1112 Oakridge Drive Ste 104-311Fort C ollins CO 80525 | earnest money | 1229-000 | $5,000.00 | | $62,681.62 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $62.79 | $62,618.83 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $66.49 | $62,552.34 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $64.28 | $62,488.06 |

Page Subtotals: $23,000.00 $701.15

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145
Case Name: Renewable Energy Development Corp
Taxpayer ID No: XX-XXX5482
For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX3871
Checking - Non Interest
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $66.35 | $62,421.71 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $64.14 | $62,357.57 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $66.21 | $62,291.36 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $66.15 | $62,225.21 |
| 03/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.81 | $62,163.40 |
| 04/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.01 | $62,097.39 |
| 05/06/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.81 | $62,033.58 |
| 06/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.87 | $61,967.71 |
| 07/08/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.68 | $61,904.03 |
| 08/05/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.74 | $61,838.29 |
| 09/08/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.66 | $61,772.63 |
| 10/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.48 | $61,709.15 |
| 11/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.53 | $61,643.62 |

Page Subtotals: $0.00 $844.44

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145

Case Name: Renewable Energy Development Corp

Taxpayer ID No: XX-XXX5482

For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX3871

Checking - Non Interest

Blanket Bond (per case limit): $49,037,481.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.35 | $61,580.27 |
| 01/09/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.39 | $61,514.88 |
| 02/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.32 | $61,449.56 |
| 03/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.94 | $61,390.62 |
| 04/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.19 | $61,325.43 |
| 05/05/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.02 | $61,262.41 |
| 06/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.05 | $61,197.36 |
| 07/10/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.89 | $61,134.47 |
| 08/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.92 | $61,069.55 |
| 09/08/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.85 | $61,004.70 |
| 10/06/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.69 | $60,942.01 |
| 11/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.71 | $60,877.30 |



Page Subtotals: $0.00 $766.32

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145
Case Name: Renewable Energy Development Corp

Taxpayer ID No: XX-XXX5482
For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX3871
Checking - Non Interest
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.56 | $60,814.74 |
| 01/08/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.58 | $60,750.16 |
| 02/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.51 | $60,685.65 |
| 03/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.20 | $60,627.45 |
| 04/06/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.38 | $60,563.07 |
| 05/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.24 | $60,500.83 |
| 06/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.24 | $60,436.59 |
| 07/09/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.11 | $60,374.48 |
| 08/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.11 | $60,310.37 |
| 09/10/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.04 | $60,246.33 |
| 09/21/18 | | Transfer to Acct # xxxxxx1035 | Transfer of Funds | 9999-000 | | $60,246.33 | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $184,460.70 | $184,460.70 |
| Less: Bank Transfers/CD's | $0.00 | $60,246.33 |
| Subtotal | $184,460.70 | $124,214.37 |
| Page Subtotals: | $0.00 | $60,877.30 |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $184,460.70 | $124,214.37 |

Exhibit B

Page Subtotals: $0.00 $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-38145
Case Name: Renewable Energy Development Corp

Taxpayer ID No: XX-XXX5482
For Period Ending: 01/30/2020

Trustee Name: Elizabeth Rose Loveridge, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1035
Checking
Blanket Bond (per case limit): $49,037,481.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/21/18 | | Transfer from Acct # xxxxxx3871 | Transfer of Funds | 9999-000 | $60,246.33 | | $60,246.33 |
| 10/09/18 | 2001 | UTAH STATE TAX COMMISSION<br>210 North 1950 West<br>Salt Lake City, UT 84134-0700 | estate taxes owed for 2011 through 2017 | 2820-000 | | $700.00 | $59,546.33 |

| | | |
|---|---|---|
| COLUMN TOTALS | $60,246.33 | $700.00 |
| Less: Bank Transfers/CD's | $60,246.33 | $0.00 |
| Subtotal | $0.00 | $700.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $700.00 |



Page Subtotals: $60,246.33 $700.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1035 - Checking | $0.00 | $700.00 | $59,546.33 |
| XXXXXX3871 - Checking - Non Interest | $184,460.70 | $124,214.37 | $0.00 |
| | $184,460.70 | $124,914.37 | $59,546.33 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $3,212,410.22 |
| Total Net Deposits: | $184,460.70 |
| Total Gross Receipts: | $3,396,870.92 |



Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT
Date: January 30, 2020
Debtor Name: Renewable Energy Development Corp
Claims Bar Date: 4/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Elizabeth Rose Loveridge<br>102 S. 200 E. Ste 800<br>Salt Lake City, UT 84111 | Administrative | | $0.00 | $27,640.00 | $27,640.00 |
| 100<br>2200 | Elizabeth Rose Loveridge<br>102 S. 200 E. Ste 800<br>Salt Lake City, UT 84111 | Administrative | | $0.00 | $258.86 | $258.86 |
| L<br>100<br>2410 | PARKWAY OFFICE CONDOS, LLC<br>2820 E. Hillsden Drive<br>Salt Lake City, UT 84117-7710 | Administrative | per order entered 02/10/12 [dkt 41] | $0.00 | $2,000.00 | $2,000.00 |
| K<br>100<br>2700 | CLERK, U.S. BANKRUPTCY COURT<br>Frank E. Moss, U.S. Courthouse<br>350 South Main Street, #301<br>Salt Lake City, Utah 84101 | Administrative | filing fee for adversary no 12-02225 & adversary no 12-02253 | $0.00 | $586.00 | $586.00 |
| G<br>100<br>2990 | PARSONS KINGHORN HARRIS, P.C.<br>c/o Matthew M. Boley<br>111 E. Broadway, 11th Floor<br>Salt Lake City, UT 84111 | Administrative | Expenses<br><br>Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12<br><br>Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12 | $0.00 | $6,080.92 | $6,080.92 |
| F<br>100<br>2990 | PARSONS KINGHORN HARRIS, P.C.<br>c/o Matthew M. Boley<br>111 E. Broadway, 11th Floor<br>Salt Lake City, UT 84111 | Administrative | Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12<br><br>Fees pursuant to Order Approving First and Final Application of Parsons Kinghorn Harris, P.C. for Former Trustee signed 12/04/12 | $0.00 | $39,829.50 | $39,829.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT
Date: January 30, 2020
Debtor Name: Renewable Energy Development Corp
Claims Bar Date: 4/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| C<br>100<br>3210 | FABIAN & CLENDENIN<br>215 South State Street Ste 1200<br>Salt Lake City, UT 84111 | Administrative | Fees per Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12<br><br>Extended Check Description Notes from conversion:<br>Fees per Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12 | $0.00 | $64,217.50 | $64,217.50 |
| J<br>100<br>3210 | WOODBURY & KESLER<br>Attorneys for Trustee-Fees<br>525 E 100 S STE 300<br>Salt Lake City, UT 84102 | Administrative | | $0.00 | $22,078.72 | $22,078.72 |
| D<br>100<br>3220 | FABIAN & CLENDENIN<br>215 South State Street Ste 1200<br>Salt Lake City, UT 84111 | Administrative | Expenses per Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12<br><br>Extended Check Description Notes from conversion:<br>Expenses per Order Approving Application for Allowance of Compensation and Reimbursement of Expenses by Fabian & Clendenin, Special Counsel for Trustee signed 09/10/12 | $0.00 | $1,127.92 | $1,127.92 |
| A<br>100<br>3410 | GIL A. MILLER<br>Rocky Mountain Advisory, LLC<br>A Professional Corporation<br>215 South State Street, Ste 550<br>Salt Lake City, UT 84111-2323 | Administrative | | $0.00 | $9,003.00 | $9,003.00 |
| H<br>100<br>3410 | Rocky Mountain Advisory, LLC<br>Attn: John Curtis<br>215 South State St Ste 550<br>Salt Lake City, UT 84111 | Administrative | Second & Final Accountant Fee App 05/01/15 to 10/23/18 - | $0.00 | $6,309.00 | $6,309.00 |
| B<br>100<br>3420 | GIL A. MILLER<br>Rocky Mountain Advisory, LLC<br>A Professional Corporation<br>215 South State Street, Ste 550<br>Salt Lake City, UT 84111-2323 | Administrative | | $0.00 | $64.91 | $64.91 |
| I<br>100<br>3420 | Rocky Mountain Advisory, LLC<br>Attn: John Curtis<br>215 South State St Ste 550<br>Salt Lake City, UT 84111 | Administrative | Second & Final Accountant Fee App 05/01/15 to 10/23/18 - expenses | $0.00 | $673.75 | $673.75 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT
Date: January 30, 2020
Debtor Name: Renewable Energy Development Corp
Claims Bar Date: 4/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| E<br>280<br>5800 | UTAH STATE TAX<br>COMMISSION<br>210 North 1950 West<br>Salt Lake City, UT 84134-0700 | Priority | estate taxes owed for 2011, 2012, 2013, 2014, 2015, 2016, & 2017 | $0.00 | $700.00 | $700.00 |
| 17<br>280<br>5800 | JEFFREY T. SIVERTSEN<br>1787 INDIAN WELLS LANE<br>DRAPER, UT 84020 | Priority | priority wage claim | $0.00 | $11,725.00 | $11,725.00 |
| 19A<br>280<br>5800 | JASON COVEY RICHARDS<br>2752 KELLY CIRCLE<br>HOLLADAY, UT 84117 | Priority | priority portion of wage claim | $0.00 | $11,725.00 | $11,725.00 |
| 20A<br>280<br>5800 | ROBERT G. ADAMS<br>1857 W 1590 S<br>Woods Cross, UT 84087 | Priority | priority portion of wage claim | $0.00 | $11,725.00 | $11,725.00 |
| 21A<br>280<br>5800 | COLIN SCOTT JACKSON<br>1383 LARK CIRCLE<br>OGDEN, UT 84403 | Priority | priority portion of wage claim | $0.00 | $11,725.00 | $11,725.00 |
| 24A<br>280<br>5800 | SEAN PATRICK MCBRIDE<br>11501 FIELD HAVEN WAY<br>SOUTH JORDAN, UTAH 84095 | Priority | priority portion of wage claim | $0.00 | $11,725.00 | $11,725.00 |
| 25A<br>280<br>5800 | MOLONAI HOLA<br>1494 Alta Circle<br>Salt Lake City, UT 84103 | Priority | priority portion of wage claim | $30,201.56 | $11,725.00 | $11,725.00 |
| 26A<br>280<br>5800 | BRENT PETERSON<br>8144 SCANDIA WAY<br>SANDY, UT 84093 | Priority | priority portion of wage claim | $0.00 | $11,725.00 | $11,725.00 |
| 28A<br>280<br>5800 | RYAN LAMBERT<br>2541 W 2300 N<br>LEHI, UT 84043 | Priority | priority portion of wage claim | $0.00 | $11,725.00 | $11,725.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT

Date: January 30, 2020

Debtor Name: Renewable Energy Development Corp

Claims Bar Date: 4/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>300<br>7100 | SEVARA CAPITAL MARKETS LLC<br>1270 AVENUE OF THE AMERICA<br>SUITE 2911<br>NEW YORK, NY 10020 | Unsecured | Account No. 835056813 | $10,000.00 | $21,401.92 | $21,401.92 |
| 2B<br>300<br>7100 | MCCALMONT CORPORATION D/B/A MCCALMONT ENGINEERING<br>C/O BRYAN H. BOOTH<br>FETZER SIMONSEN & BOOTH, P.C.<br>50 WEST BROADWAY, SUITE 1200<br>SALT LAKE CITY, UT 84101 | Unsecured | unsecured portion of claim #2 | $0.00 | $27,431.45 | $27,431.45 |
| 3<br>300<br>7100 | V-BAR, LLC<br>RICHARD L. SIMON, MANAGING DIRECTOR<br>400 E. CAPITOL PARK AVENUE, SUITE 404<br>SALT LAKE CITY UT 84103 | Unsecured | | $12,130.00 | $14,780.00 | $14,780.00 |
| 4<br>300<br>7100 | CP ADVISORS<br>841 GILBERT HIGHWAY<br>FAIRFIELD, CT 06824 | Unsecured | | $0.00 | $7,500.00 | $7,500.00 |
| 5<br>300<br>7100 | NEC FINANCIAL SERVICES<br>250 PEHLE AVE, SUITE 309<br>SADDLE BROOK, NJ 07663-5832 | Unsecured | Account No. 79021 | $707.25 | $16,252.83 | $16,252.83 |
| 6<br>300<br>7100 | PSOMAS<br>ATTN: DEBRA LAMBECK<br>555 S. FLOWER ST., SUITE 4400<br>LOS ANGELES. CA 90071-2416 | Unsecured | Account No. 8RE0030100 | $34,174.54 | $34,174.54 | $34,174.54 |
| 7<br>300<br>7100 | AEI- CASC ENGINEERING, INC.<br>937 S. VIA LATA #500<br>COLTON, CA 92324 | Unsecured | Account No. 1249 | $20,613.09 | $21,839.84 | $21,839.84 |
| 8<br>300<br>7100 | WISAN SMITH RACKER & PRESCOTT<br>155 NORTH 400 WEST, SUITE 400<br>SALT LAKE CITY, UT 84103 | Unsecured | Account No. 8309 | $12,557.75 | $12,557.75 | $12,557.75 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT
Date: January 30, 2020
Debtor Name: Renewable Energy Development Corp
Claims Bar Date: 4/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>300<br>7100 | KW VENTURES LLC<br>C/O MIKE GIBBONS<br>166 EAST 14000 SOUTH, SUITE 210<br>DRAPER, UT 84020 | Unsecured | | $43,305.21 | $45,200.00 | $45,200.00 |
| 10<br>300<br>7100 | REDCO-WADSWORTH, LLC<br>LISA SUCOFF<br>DEWEY & LEBOEUF<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | Unsecured | | $66,990.45 | $73,773.86 | $73,773.86 |
| 11<br>300<br>7100 | SCAROLA MALONE & ZUBATOV LLP<br>888 SEVENTH AVENUE, 45TH FLOOR<br>NEW YORK, NY 10106 | Unsecured | Account No. 7507 | $0.00 | $16,409.93 | $16,409.93 |
| 12<br>300<br>7100 | EVANS ASSOCIATES, LLC<br>RALPH E. EVANS III<br>5699 N CENTERPARK WAY #444<br>MILWAUKEE, WI 53217 | Unsecured | Account No. 8726 | $0.00 | $5,900.00 | $5,900.00 |
| 14<br>300<br>7100 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 15<br>300<br>7100 | ROCKY MOUNTAIN POWER<br>PO Box 25308<br>Salt Lake City, UT 84125 | Unsecured | Account No. 8611 | $199.70 | $189.75 | $189.75 |
| 16<br>300<br>7100 | TERRACOR CONSULTANTS, INC.<br>PO BOX 843358<br>KANSAS CITY, MO 64184 | Unsecured | Account No. 8535 | $0.00 | $10,000.00 | $10,000.00 |
| 18<br>300<br>7100 | KRUSE LANDA MAYCOCK & RICKS, LLC<br>136 EAST SOUTH TEMPLE, 21ST FLOOR<br>SALT LAKE CITY, UT 84111 | Unsecured | Account No. 1914 | $18,009.82 | $18,299.91 | $18,299.91 |
| 19B<br>300<br>7100 | JASON COVEY RICHARDS<br>2752 KELLY CIRCLE<br>HOLLADAY, UT 84117 | Unsecured | general unsecured portion of wage claim | $0.00 | $16,263.08 | $16,263.08 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT
Debtor Name: Renewable Energy Development Corp
Claims Bar Date: 4/19/2012

Date: January 30, 2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20B<br>300<br>7100 | ROBERT G. ADAMS<br>1857 W 1590 S<br>Woods Cross, UT 84087 | Unsecured | general unsecured portion of wage claim | $0.00 | $15,355.87 | $15,355.87 |
| 21B<br>300<br>7100 | COLIN SCOTT JACKSON<br>1383 LARK CIRCLE<br>OGDEN, UT 84403 | Unsecured | unsecured portion of wage claim | $0.00 | $3,775.00 | $3,775.00 |
| 22<br>300<br>7100 | PARKWAY OFFICE CONDOS, LLC<br>2820 E. Hillsden Drive<br>Salt Lake City, UT 84117-7710 | Unsecured | | $8,970.82 | $35,356.18 | $35,356.18 |
| 24B<br>300<br>7100 | SEAN PATRICK MCBRIDE<br>11501 FIELD HAVEN WAY<br>SOUTH JORDAN, UTAH 84095 | Unsecured | general unsecured portion of wage claim | $0.00 | $6,975.00 | $6,975.00 |
| 25B<br>300<br>7100 | MOLONAI HOLA<br>1494 Alta Circle<br>Salt Lake City, UT 84103 | Unsecured | general unsecured portion of wage claim | $0.00 | $20,775.00 | $20,775.00 |
| 26B<br>300<br>7100 | BRENT PETERSON<br>8144 SCANDIA WAY<br>SANDY, UT 84093 | Unsecured | general unsecured portion of wage claim | $0.00 | $1,525.00 | $1,525.00 |
| 28B<br>300<br>7100 | RYAN LAMBERT<br>2541 W 2300 N<br>LEHI, UT 84043 | Unsecured | general unsecured portion of wage claim | $0.00 | $375.00 | $375.00 |
| 32B<br>300<br>7100 | DURHAM, JONES & PINEGAR, P.C.<br>ATTN: C. PARK LLOYD<br>P O BOX 4050<br>SALT LAKE CITY, UT 84110-4050 | Unsecured | unsecure portion of claim # 32 | $0.00 | $14,171.51 | $14,171.51 |
| 33<br>300<br>7100 | LISA SUCOFF, COLLECTION MANAGER<br>DEWEY & LEBOEUF LLP<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | Unsecured | Account No. 3535 | $0.00 | $67,038.75 | $67,038.75 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:11-38145-WTT | Date: January 30, 2020
Debtor Name: Renewable Energy Development Corp
Claims Bar Date: 4/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2A<br>400<br>4110 | MCCALMONT CORPORATION<br>D/B/A MCCALMONT<br>ENGINEERING<br>C/O BRYAN H. BOOTH<br>FETZER SIMONSEN & BOOTH,<br>P.C.<br>50 WEST BROADWAY, SUITE<br>1200<br>SALT LAKE CITY, UT 84101 | Secured | Account No. 032<br>secured portion of claim # 2 | $49,543.10 | $48,132.60 | $48,132.60 |
| 31<br>400<br>4110 | SNJ, LTD.<br>18 SANDSTONE COVE<br>PARK CITY, UT 84060 | Secured | Account No. 7557<br>Appears to be a duplicate to POC #23, but with exhibits added | $113,997.26 | $113,000.00 | $113,000.00 |
| 32A<br>400<br>4110 | DURHAM, JONES & PINEGAR,<br>P.C.<br>ATTN: C. PARK LLOYD<br>P O BOX 4050<br>SALT LAKE CITY, UT 84110-<br>4050 | Secured | Account No. 8051<br>secured portion of claim #32 | $8,577.00 | $2,000.00 | $2,000.00 |
| 34<br>400<br>4220 | AEG Secured Claim | Secured | | $0.00 | $1,058,767.12 | $1,058,767.12 |
| 35<br>400<br>4220 | Liability to McCalmont<br>Engineering | Secured | | $0.00 | $52,043.10 | $52,043.10 |
| 36<br>400<br>4220 | Liability to Okland Construction | Secured | | $0.00 | $2,101,600.00 | $2,101,600.00 |
| | Case Totals | | | $429,977.55 | $4,157,235.07 | $4,157,235.07 |

Code#: Trustee’s Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38145
Case Name: Renewable Energy Development Corp
Trustee Name: Elizabeth Rose Loveridge, Trustee

Balance on hand $ 59,546.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | MCCALMONT CORPORATION D/B/A MCCALMONT ENGINEERING | $ 48,132.60 | $ 48,132.60 | $ 0.00 | $ 0.00 |
| 31 | SNJ, LTD. | $ 113,000.00 | $ 113,000.00 | $ 0.00 | $ 0.00 |
| 32A | DURHAM, JONES & PINEGAR, P.C. | $ 2,000.00 | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 34 | AEG Secured Claim | $ 1,058,767.12 | $ 1,058,767.12 | $ 1,058,767.12 | $ 0.00 |
| 35 | Liability to McCalmont Engineering | $ 52,043.10 | $ 52,043.10 | $ 52,043.10 | $ 0.00 |
| 36 | Liability to Okland Construction | $ 2,101,600.00 | $ 2,101,600.00 | $ 2,101,600.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 59,546.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth Rose Loveridge | $ 27,640.00 | $ 0.00 | $ 27,640.00 |
| Trustee Expenses: Elizabeth Rose Loveridge | $ 258.86 | $ 0.00 | $ 258.86 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: WOODBURY & KESLER | $ 22,078.72 | $ 0.00 | $ 22,078.72 |
| Accountant for Trustee Fees: Rocky Mountain Advisory, LLC | $ 6,309.00 | $ 0.00 | $ 6,309.00 |
| Accountant for Trustee Expenses: Rocky Mountain Advisory, LLC | $ 673.75 | $ 0.00 | $ 673.75 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 586.00 | $ 0.00 | $ 586.00 |
| Other: FABIAN & CLENDENIN | $ 64,217.50 | $ 64,217.50 | $ 0.00 |
| Other: FABIAN & CLENDENIN | $ 1,127.92 | $ 1,127.92 | $ 0.00 |
| Other: GIL A. MILLER | $ 9,003.00 | $ 9,003.00 | $ 0.00 |
| Other: GIL A. MILLER | $ 64.91 | $ 64.91 | $ 0.00 |
| Other: PARKWAY OFFICE CONDOS, LLC | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Other: PARSONS KINGHORN HARRIS, P.C. | $ 45,910.42 | $ 45,910.42 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 59,546.33

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $94,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| E | UTAH STATE TAX COMMISSION | $ 700.00 | $ 700.00 | $ 0.00 |
| 17 | JEFFREY T. SIVERTSEN | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 19A | JASON COVEY RICHARDS | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 20A | ROBERT G. ADAMS | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 21A | COLIN SCOTT JACKSON | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 24A | SEAN PATRICK MCBRIDE | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 25A | MOLONAI HOLA | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 26A | BRENT PETERSON | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 28A | RYAN LAMBERT | $ 11,725.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $507,322.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SEVARA CAPITAL MARKETS LLC | $ 21,401.92 | $ 0.00 | $ 0.00 |
| 2B | MCCALMONT CORPORATION D/B/A MCCALMONT ENGINEERING | $ 27,431.45 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | V-BAR, LLC | $ 14,780.00 | $ 0.00 | $ 0.00 |
| 4 | CP ADVISORS | $ 7,500.00 | $ 0.00 | $ 0.00 |
| 5 | NEC FINANCIAL SERVICES | $ 16,252.83 | $ 0.00 | $ 0.00 |
| 6 | PSOMAS | $ 34,174.54 | $ 0.00 | $ 0.00 |
| 7 | AEI- CASC ENGINEERING, INC. | $ 21,839.84 | $ 0.00 | $ 0.00 |
| 8 | WISAN SMITH RACKER & PRESCOTT | $ 12,557.75 | $ 0.00 | $ 0.00 |
| 9 | KW VENTURES LLC | $ 45,200.00 | $ 0.00 | $ 0.00 |
| 10 | REDCO-WADSWORTH, LLC | $ 73,773.86 | $ 0.00 | $ 0.00 |
| 11 | SCAROLA MALONE & ZUBATOV LLP | $ 16,409.93 | $ 0.00 | $ 0.00 |
| 12 | EVANS ASSOCIATES, LLC | $ 5,900.00 | $ 0.00 | $ 0.00 |
| 14 | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | ROCKY MOUNTAIN POWER | $ 189.75 | $ 0.00 | $ 0.00 |
| 16 | TERRACOR CONSULTANTS, INC. | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 18 | KRUSE LANDA MAYCOCK & RICKS, LLC | $ 18,299.91 | $ 0.00 | $ 0.00 |
| 19B | JASON COVEY RICHARDS | $ 16,263.08 | $ 0.00 | $ 0.00 |
| 20B | ROBERT G. ADAMS | $ 15,355.87 | $ 0.00 | $ 0.00 |
| 21B | COLIN SCOTT JACKSON | $ 3,775.00 | $ 0.00 | $ 0.00 |
| 22 | PARKWAY OFFICE CONDOS, LLC | $ 35,356.18 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24B | SEAN PATRICK MCBRIDE | $ 6,975.00 | $ 0.00 | $ 0.00 |
| 25B | MOLONAI HOLA | $ 20,775.00 | $ 0.00 | $ 0.00 |
| 26B | BRENT PETERSON | $ 1,525.00 | $ 0.00 | $ 0.00 |
| 28B | RYAN LAMBERT | $ 375.00 | $ 0.00 | $ 0.00 |
| 32B | DURHAM, JONES & PINEGAR, P.C. | $ 14,171.51 | $ 0.00 | $ 0.00 |
| 33 | LISA SUCOFF, COLLECTION MANAGER | $ 67,038.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE